3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| Plaintiff, § | |
| vs § | CIV. NO. |
| § | B 01-092 |
| CERTAIN REAL PROPERTY KNOWN § | |
| 2808 HACKBERRY LANE § | |
| Defendant. § | |

## NOTICE OF COMPLAINT

TO: THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF TEXAS

A Complaint for Forfeiture <u>In Rem</u> has been filed in this Court by the United States of America, alleging the real property comprised of all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located in Cameron County, Texas, generally known as 2808 HACKBERRY LANE, BROWNSVILLE, CAMERON COUNTY, TEXAS, more particularly described as:

   1.82 acres of land out of Block 49, of the El Jardin Subdivision, Tract 33, in
   Share 19, of the Espiritu Santo grant, in Cameron County, Texas.

(Hereinafter referred to as "Defendant Property"), is subject to forfeiture to the United States pursuant to 21 U.S.C. § 853 (a)(1).

And, the Court being satisfied that based upon the verified Complaint for Forfeiture there is probable cause to believe that the Defendant Property so described is subject to forfeiture;

IT IS HEREBY ORDERED that you execute process on the Defendant Property by posting a Notice of the Complaint on the property in a conspicuous place and leaving a copy of the Complaint and process with the person having possession or that person's agent pursuant to Rule E(4)(b) of the Supplemental Rules for Certain Admiralty and Maritime Claims.

You are further ORDERED to cause publication of public notice as to the filing of the Complaint for Forfeiture as required by Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims. All persons claiming an interest in the property shall file their claims within thirty (30) days after the final posting of Notice or within 35 days of mailing of personal notice, whichever occurs first, and shall serve and file their answers within twenty (20) days after the filing of the claim, pursuant to Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, with the Office of the Clerk, Southern District of Texas, with a copy thereof sent to Ronald G. Morgan, Assistant United States Attorney, 600 East Harrison Street, # 201, Brownsville, Texas 78520.

Signed this 13 day of June, 2001.

_____
UNITED STATES DISTRICT JUDGE

2