AO 440 (Rev. 1/90) Summons in a Civil Action

CAB-01-92  4

# RETURN OF SERVICE

| | DATE | |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | 06/13/2001 | United States District Court Southern District of Texas FILED |
| **NAME OF SERVER (PRINT)** Mark Walker | **TITLE** Deputy U.S. Marshal | JUN 2 5 2001 |

Michael N. Milby
Clerk of Court

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: __2808 Hackberry Lane__
__Brownsville, Texas 78521__

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| SEE BELOW | SEE BELOW | -0- |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __06/13/2001__   __Mark Walker__
            Date              Signature of Server

__600 East Harrison Brownsville, Texas 78520__
Address of Server

**ENDEAVOR:** 06/13/2001 3:30 P.M.. Summons was personally served. 2 DUSMS. Mileage and Fees charged on USM-285 for case # B-01-092. *MW*

United States District Court
Southern District of Texas
RECEIVED

JUN 2 5 2001  10:15

Michael N. Milby, Clerk

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.