| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. ✓ 6 |
|---|---|

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>Civil No. B-01-092 |
|---|---|
| DEFENDANT Certain Real Property Known as<br>2808 Hackberry Lane | TYPE OF PROCESS<br>Complaint of Forfeiture |

**SERVE ➤ AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U.S. Marshal's Service
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
600 E. Harrison Street, Brownsville, TX 78520

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Ronald G. Morgan
Assistant U.S. Attorney
U.S. Attorney's Office
600 E. Harrison Street, #201
Brownsville, TX 78520-7114

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

copy of Verified Complaint for Forfeiture in Rem

United States District Court
Southern District of Texas
FILED
JUN 25 2001

Michael N. Milby
Clerk of Court

Signature of Attorney or other Originator requesting service on behalf of:    [X] PLAINTIFF   [ ] DEFENDANT

TELEPHONE NUMBER: (956) 548-2554    DATE: 06/05/01

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 079 | 079 | | |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
**Lorraine Delgado, USMS Property Custodian**

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode

Address (complete only if different than shown above)

Date of Service: 06/05/01    Time: 4:05 pm

Signature of U.S Marshal or Deputy: Mark Walker

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U S Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | | -0- | $45.00 | -0- | $45.00 | -0- |

REMARKS:

ENDEAVOR: 06/05/2001, 4:05P.M.. Processed recieved by USMS. No mileage.

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|