

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE TEXAS

United States District Court
Southern District of Texas
FILED

JUN 2 6 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL NO. B-01-092 |
| | § | |
| CERTAIN REAL PROPERTY KNOWN | § | |
| AS 2808 HACKBERRY LANE | § | |
| Defendant | § | |

## STATEMENT OF INTEREST

· Notice is hereby given pursuant to Rule C (6)(ii) and (iii) of the Supplemental Rules for Certain Admiralty and Maritime Claims that we, Irma Valdez and Bernardino Ruiz Valdez have retained Joe Valle, Attorney at Law, 1120 East 10th Street, Brownsville, Texas 78520 to defend and answer the Verified Complaint for Forfeiture In Rem in the above-entitled cause.

The United States is seeking the, among other things, the forfeiture of all interests that I and my spouse have in certain named parcels of real estate, including all structures, improvements and fixtures thereon, pursuant to the provisions of 18 U.S.C. Sections 981 and 985. The parcels of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located in Cameron County, Texas, generally known as 2808 Hackberry Lane, Brownsville, Cameron County, Texas, more particularly described as:

> 1 82 acres of land out of Block 49, of the El Jardin Subdivision, Tract 33, in Share 19, of the Espiritu Santo Grant, in Cameron County, Texas

We have proof that the above-mentioned property was obtained with legitimate funds and hereby assert that the United States will not be able to meet its burden that the property is forfeitable.

Respectfully submitted,

_____*Irma Valdez*_____
Irma Valdez
2801 Hackberry Lane
Brownsville, Texas 78520

STATE OF TEXAS              §
                            §
COUNTY OF CAMERON           §

## VERIFICATION

BEFORE ME, the undersigned authority, on this day personally appeared IRMA VALDEZ, who after having been duly sworn on oath stated that she has read the attached Statement of Interest and that statement is true and correct to the best of her personal knowledge.

_____
Irma Valdez

SWORN TO AND SUBSCRIBED before me the said Irma Valdez, on the 26th day of June, 2001 to certify which witness my hand and seal of office.



_____
Notary Public, State of Texas
My Commission expires

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to the Ronald G. Morgan, Assistant United States Attorney, 600 East Harrison, #201, Brownsville, Texas, 78520 on this the 26th day of June, 2001.

_Irma Valdez_
Irma Valdez