14

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE TEXAS

United States District Court
Southern District of Texas
FILED

JUL 1 3 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL NO. B-01-092 |
| | § | |
| CERTAIN REAL PROPERTY KNOWN | § | |
| AS 2808 HACKBERRY LANE | § | |
|     Defendant | § | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES CERTAIN REAL PROPERTY KNOWN AS 2808 HACKBERRY LANE (herein known as " Defendant"), and files this Unopposed Motion for Extension of Time to File Answers to Plaintiff's First Set of Interrogatories and for cause would show the Court as follows:

I.

Plaintiff propounded Interrogatories onto Defendant on or about June 7, 2001 therefore the deadline to answer said interrogatories was July 7, 2001. Plaintiff is unopposed to allowing Defendant's an additional 10 days to answer said Interrogaties

WHEREFORE, PREMISES CONSIDERED, Defendant prays the Court grant his Unopposed Motion for Extension of Time to File Answers to Plaintiff's First Set of Interrogatories and for such other and further relief, both general and special, at law and in equity, to which they may show themselves to be justly entitled

Respectfully submitted,

Joe Valle
Attorney At Law
1120 East Tenth Street
Brownsville, Texas 78520
Telephone No. (956) 546-2829
Facsimile No. (956) 542-4084

By: _____
Joe Valle
State Bar No. 20435450
Federal I.D. 11422

## CERTIFICATE OF CONFERENCE

This will confirm that on the 12th day of July, 2001, United States Attorney, Ronald Morgan was notified via telephone of the filing of the Motion for Extension of Time to File Answers to Plaintiff's First Set of Interrogatories and Mr. Morgan stated that he is unopposed to the filing of this motion.

_____
Joe Valle

## CERTIFICATE OF SERVICE

I, Joe Valle, do hereby certify that a true and correct copy of the above and foregoing Unopposed Motion for Extension of Time to File Answers to Plaintiff's First Set of Interrogatories has been forwarded to the Ronald Morgan, U.S. Attorney's Office, on this the 13th day of July, 2001.

_____
Joe Valle

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL NO. B-01-092 |
| | § | |
| CERTAIN REAL PROPERTY KNOWN | § | |
| AS 2808 HACKBERRY LANE | § | |
|     Defendant | § | |

# ORDER

On this the _____ day of _____, 2001, came on to be considered Defendant's Unopposed Motion for Extension of Time to File Answers to Plaintiff's First Set of Interrogatories, and said Motion is hereby GRANTED/DENIED.

IT IS THEREFORE ORDERED that Defendant is granted a ten (10) day extension to file its answers to Plaintiff's First Set of Interrogatories

Singed for Entry this the ____ day _____, 2001.

_____
PRESIDING JUDGE

ClibPDF - www.fastio.com