

```
                                              United States District Court
         UNITED STATES OF AMERICA              Southern District of Texas
         SOUTHERN DISTRICT OF TEXAS                    FILED
            BROWNSVILLE TEXAS                    JUL 1 3 2001

                                                 Michael N. Milby
                                                  Clerk of Court
```

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL NO. B-01-092 |
| § | |
| CERTAIN REAL PROPERTY KNOWN § | |
| AS 2808 HACKBERRY LANE § | |
| Defendant § | |

## AMENDED NOTICE OF CLAIM

Notice is hereby given pursuant to Rule C (6)(ii) and (iii) of the Supplemental Rules for Certain Admiralty and Maritime Claims that Bernardino Ruiz Valdez and Irma Valdez have retained Joe Valle, Attorney at Law, 1120 East 10th Street, Brownsville, Texas 78520 to defend and answer the Verified Complaint for Forfeiture In Rem in the above-entitled cause

The United States is seeking the, among other things, the forfeiture of all interests of Bernardino Ruiz Valdez and Irma Valdez in certain named parcels of real estate, including all structures, improvements and fixtures thereon, pursuant to the provisions of 18 U.S.C Sections 981 and 985 The parcels of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located in Cameron County, Texas, generally known as 2808 Hackberry Lane, Brownsville, Cameron County, Texas, more particularly described as

    1.82 acres of land out of Block 49, of the El Jardin Subdivision, Tract 33, in Share 19, of the Espiritu Santo Grant, in Cameron County, Texas

Bernardino Ruiz Valdez and Irma Valdez have proof that the above-mentioned property was obtained with legitimate funds and hereby assert that the United States will not be able to meet its burden that the property is forfeitable.

Respectfully submitted,

Joe Valle
Attorney at Law
1120 East Tenth Street
Brownsville, Texas 78520
Telephone No. (956) 546-2829
Facsimile No. (956) 542-4084

By: _____
    Joe Valle
    State Bar No. 20435450
    **Federal ID 11422**

ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to the Ronald G. Morgan, Assistant United States Attorney, 600 East Harrison, #201, Brownsville, Texas, 78520 on this the 13th day of July, 2001.

_Joe Valle_
Joe Valle

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL NO. B-01-092 |
| | § | |
| CERTAIN REAL PROPERTY KNOWN | § | |
| AS 2808 HACKBERRY LANE | § | |
|     Defendant | § | |

## VERIFICATION TO NOTICE OF CLAIM

BEFORE ME, the undersigned authority, on this day personally appeared IRMA VALDEZ, who after having been duly sworn on oath stated that she has read the attached Notice of Claim and that statement and it's contents are true and correct to the best of her personal knowledge

_____
Irma Valdez

SWORN TO AND SUBSCRIBED before me the said Irma Valdez, on the 11th day of July, 2001 to certify which witness my hand and seal of office.



_____
Notary Public, State of Texas
Carol Ann Peralez
Commission expires:  05/22/2005