RCVD 6/12/01

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | Civil No. B-01-092 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Certain Real Property Known as 2808 Hackberry Lane | Personal Service |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Bernardino Ruiz Valdez, Reg. No. 94647-079, c/o Metropolitan Detention Center

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

100 - 29th Street, Brooklyn, New York 11232

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Ronald G. Morgan
Assistant U.S. Attorney
U.S. Attorney's Office
600 E. Harrison Street, #201
Brownsville, TX 78520-7114

Number of process to be served with this Form - 285

Number of parties to be served in this case: 1

Check for service on U.S.A.

United States District Court
Southern District of Texas
FILED
JUL 18 2001
Michael N. Milby
Clerk of Court

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

personally hand-deliver a copy of the Verified Complaint for Forfeiture in Rem to the above-name Claimant.

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: (956) 548-2554

DATE: 06/05/01

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 79 | District to Serve No. 53 | Signature of Authorized USMS Deputy or Clerk | Date 6/12/01 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 7/10/01
Time: 12:45 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |

REMARKS:

**PRIOR EDITIONS MAY BE USED**   1. CLERK OF THE COURT   FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

Southern _____ DISTRICT OF _____ Texas

United States of America

v.

Certain Real Property Known
As 2808 Hackberry Lane

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

B 01-092

TO: (Name and Address of Defendant)

Bernardino Ruiz Valdez
Reg. No. 94647-079
Metropolitan Detention Center - Brooklyn
100 - 29th Street
Brooklyn, New York 11232

RECEIVED
U.S. MARSHAL
01 JUN -5 PM 4:04
UNITED STATES MARSHAL
BROWNSVILLE, TX.

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Ronald G. Morgan
Assistant United States Attorney
600 E. Harrison Street, #201
Brownsville, TX 78520-7114

RECEIVED
2001 JUN -7 PM 12:00
US MARSHAL EDTY

an answer to the complaint which is herewith served upon you, within ___ten (10)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk                    June 5, 2001
CLERK                                       DATE

[signature]
BY DEPUTY CLERK