17

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE TEXAS

JUL 2 7 2001

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL NO. B-01-092 |
| | § | |
| CERTAIN REAL PROPERTY KNOWN | § | |
| AS 2808 HACKBERRY LANE | § | |
|     Defendant | § | |

**ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

On this the 27th day of July, 2001, came on to be considered Defendant's Unopposed Motion for Extension of Time to File Answers to Plaintiff's First Set of Interrogatories, and said Motion is hereby GRANTED/DENIED.

IT IS THEREFORE ORDERED that Defendant's answers to Plaintiff's First Set of Interrogatories are due on July 17, 2001.

Singed for Entry this the 27th day July, 2001

_____
PRESIDING JUDGE