*18*

United States District Court
Southern District of Texas
FILED

JUL 2 7 2001

Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL NO. B-01-092 |
| | § | |
| CERTAIN REAL PROPERTY KNOWN | § | |
| AS 2808 HACKBERRY LANE | § | |
| Defendant | § | |

**DEFENDANT, CERTAIN REAL PROPERTY KNOWN AS 2808 HACKBERRY LANE'S AMENED ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE IN REM**

CERTAIN REAL PROPERTY KNOWN AS 2808 HACKBERRY LANE (herein known as "Defendant"), in the above entitled and numbered cause, files this Answer to the Verified Complaint for Forfeiture in Rem and in support thereof respectfully shows the Court the follows:

1.    Defendant admists paragraph 1 of the Verified Complaint for Forfeiture in Rem.

2.    Defendant admits that this Court has jurisdiction to hear this matter pursuant to Title 28 U.S.C. §§ 1345, 1355.

3.    Defendant admits that venue is proper in ths district pursuant to Title 28 U.S.C. §1395 and 18 U.S.C. § 981(h).

4.    Defendant admits that Plaintiff is the United States of America.

5.    Defendant admits that Defendant property is as follows: All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, generally known as 2809 HACKBERRY LANE, BROWNSVILLE, CAMERON COUNTY, TEXAS, more particularly described as:

1.82 acres of land out of Block 49, of the El Jardin Subdivision, Tract 33, in Share 19, of the Espiritu Santo Grant, in Cameron County, Texas

6.     Defendant admits that Defendant property, as real property, was, is and will remain within the jurisdiction of this Court during the pendency of this action.

7.     Defendant denies the allegations of paragraph 7 of the Verified Complaint for Forfeiture in Rem.

8     Defendant admits that on August 6, 1999 a warrant for the arrest of BERNARDINO RUIZ VALDEZ for conspiring to distribute cocaine in violation of 21 U.S.C. §846 was issued by a United States Magistrate Judge in the Eastern District of New York.   Defendant has insufficient knowledge to admit or deny that on January 25, 2001, BERNARDINO RUIZ VALDEZ was apprehended as he attempted to enter the United States from Mexico via the Gateway International Bridge in Brownsville, Texas.

9.     Defendant admits that on February 20, 2001, a grand jury for the Eastern District of New York, returned an indictment against BERNARDINO RUIZ VALDEZ, charging him with conspiracy to distribute five kilograms or more of cocaine and marihuana in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1) and §846.

10.     Defendant admits that on April 27, 2001, BERNARDINO RUIZ VALDEZ entered a plea of guilty to a superseding criminal information charging him in three counts with three separate instances of conspiring to distribute and possess cocaine.

11.     Defendant admits that in 1993, BERNARDINO RUIZ VALDEZ was convicted in a Cameron County District Court of felony possession of more than 50 pounds, but less than 200 pounds of marihuana

12.     Defendant has insufficient knowledge to admit or deny that in November 1997, approximately 178 pounds of marihuana was seized from the cab of a tractor trailer that was driven by Bobby Lee Guerrero and which was transporting goods for Valdez Trucking, one of whose

principals was BERNARDINO RUIZ VALDEZ.

13.    Defendant admits that in January 1998, the land portion of the defendant property, i.e.,

"the lot" was purchased by BERNARDINO RUIZ VALDEZ and his spouse, IRMA VALDEZ, for

$55,000.00 and that the loan was by obtained by BERNARDINO RUIZ VALDEZ and IRMA

VALDEZ to purchase the lot was paid off in February 1999.

14.    Defendant admits that in 1998, BERNARDINO RUIZ VALDEZ and his spouse,

IRMA VALDEZ, constructed a home on the lot and that based upon its appraised value, the home

cost in excess of $150,000.00 to build and that the construction was not financed.

15.    Defendant denies that during the relevant periods that the Government avers that the

legitimate and reported income of BERNARDINO RUIZ VALDEZ and his spouse IRMA VALDEZ

was insufficient to pay off the lot and construct the home on it.

16.    Defendant admits that on September 1999 a warrant for the arrest of BERNARDINO

RUIZ VALDEZ was issued and that BERNARDINO RUIZ VALDEZ transferred the Defendant

property to his spouse IRMA VALDEZ.

17.    Defendant denies that IRMA VALDEZ, the spouse of BERNARDINO RUIZ

VALDEZ, was not a bona fide purchaser of the property in her own right.  Defendant further denies

that her interest in the Defendant property was derived solely from her status as the spouse of

BERNARDINO RUIZ VALDEZ and that the transfer of Defendant property by BERNARDINO

RUIZ VALDEZ to IRMA VALDEZ does not change the status of IRMA VALDEZ.

18    Defendant denies that the Defendant property was purchased with proceeds derived

from the possession with the intent to distribute and the distribution of controlled substances, in

violation of 21 U.S.C. § 841 and that IRMA VALDEZ was not a bona fide purchaser of the

Defendant property.

19.     Defendant denies that the Defendant property, with all appurtenances and improvements thereon, was purchased with or improvements made to it using the proceeds of transactions involving controlled substances, for which reason it is forfeitable under 21 U.S.C. § 881(a)(6), for violation of the Controlled Substances Act, 21 U.S.C. § 801 et seq.

20.     Defendant denies that the Defendant property is forfeitable to the United States as proceeds of or property traceable to proceeds furnished in exchange for a controlled substance in violation of Title 21 United States Code.

WHEREFORE PREMISES CONSIDERED, Defendant prays judgment in its favor, for costs of suit, and for such other and further relief as deemed appropriate by the court.

Respectfully submitted,

Joe Valle
Attorney at Law
1120 East Tenth Street
Brownsville, Texas 78520
Telephone No. (956) 546-2829
Facsimile No. (956) 542-4084

By: _____
     Joe Valle
     State Bar No. 20435450
     Federal ID: 11422

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to the

Ronald G. Morgan, Assistant United States Attorney, 600 East Harrison, #201, Brownsville, Texas,

78520 on this the _27_ day of July, 2001.

_Joe Valle_

Joe Valle