19

United States District Court
Southern District of Texas
FILED

THE HONORABLE JOHN WM. BLACK

AUG 2 3 2001

INITIAL PRETRIAL CONFERENCE

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-01-092           DATE & TIME:    08-23-01 AT 1:30 P.M.

UNITED STATES OF AMERICA            PLAINTIFF(S)    RON MORGAN
                                    COUNSEL

VS.

CERTAIN PROPERTY KNOWN AS           DEFENDANT(S)    JOE VALLE
2808 HACKBERRY LANE                 COUNSEL

-------------------------------------------------------------------------

Attorneys Ron Morgan and Joe Valle appeared in chambers.

1. Claimant is in bankruptcy.

2. Government is to file a motion to lift stay.

3. Discovery is underway.

Status conference will be set.