21

United States District Court
Southern District of Texas
FILED

OCT 0 4 2001

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

CIVIL ACTION NO. B-01-092          DATE & TIME:     10-04-01 AT 1:30 P.M.

UNITED STATES OF AMERICA           PLAINTIFF(S)    RON MORGAN
                                   COUNSEL

VS.

CERTAIN PROPERTY KNOWN AS          DEFENDANT(S)    JOE VALLE
2808 HACKBERRY LANE                COUNSEL

-------------------------------------------------------------------------------

Attorneys Ron Morgan and Joe Valle appeared in chambers.

1. Bankruptcy stay is lifted.
2. Parties are discussing settlement.

Status conference will be reset.