22

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

OCT 0 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-092 |
| | § | |
| CERTAIN PROPERTY KNOWN AS | § | |
| 2808 HACKBERRY LANE | § | |

TYPE OF CASE:     __X__ CIVIL            ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                              ROOM NO..

**UNITED STATES FEDERAL COURTHOUSE**        **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                       DATE AND TIME:

**DECEMBER 4, 2001 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   OCTOBER 4, 2001

TO:     MR. RON MORGAN
        MR. JOE VALLE