THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

United States District Court
Southern District of Texas
FILED

DEC 0 5 2001

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. <u>B-01-092</u>      DATE & TIME: <u>   12-05-01 AT 1:30 P.M.   </u>

<u>UNITED STATES OF AMERICA   </u>   PLAINTIFF(S) <u>   RON MORGAN   </u>
                                  COUNSEL

VS.

<u>CERTAIN PROPERTY KNOWN AS   </u>   DEFENDANT(S) <u>   JOE VALLE   </u>
<u>2808 HACKBERRY LANE             </u>   COUNSEL

------------------------------------------------------------------------------------

    Attorneys Ron Morgan and Joe Valle appeared in chambers.

    The following rulings were made:
1. Claimant to be deposed December 11, 2001.
2. USA will file a Motion for Summary Judgment on or before January 31, 2002.
3. Response by March 4, 2002.