# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

JAN 17 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-092 |
| | § | |
| CERTAIN PROPERTY KNOWN AS | § | |
| 2808 HACKBERRY LANE | § | |

TYPE OF CASE  ___X___ CIVIL  _____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**HEARING ON GOVERNMENT'S MOTION FOR SUMMARY JUDGMENT**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO :

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME.

**MARCH 5, 2002 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE    JANUARY 17, 2002

TO:     MR. RON MORGAN
        MR. JOE VALLE